In re:                                                            Case No. 17-05073-HWV
Richard C. Long, Jr.                                              Chapter 13
Christine V. Long
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: karendavi            Page 1 of 1              Date Rcvd: Jan 29, 2018
                               Form ID: ntcnfhrg          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         +Richard C. Long, Jr.,   Christine V. Long,   26 Little Avenue,   New Oxford, PA 17350-9460
5000878        +Chase Mortgage,   3415 Vision Dr,   Columbus, OH 43219-6009
5000879        +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
5000880        +Comenitycapital/ultamc,   Po Box 182120,   Columbus, OH 43218-2120
5000882         PA Department of Revenue,   PO Box 281210,   Harrisburg, PA 17128-1210
5000885        ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor credit Corp,   Po Box 8026,   Cedar Rapids, IA 52408)
5005101        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
5000886        +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5000908        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2018 19:31:29
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5000883        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2018 19:26:12     Synchrony Bank/Lowes,
                 Po Box 965005,   Orlando, FL 32896-5005
5000884        +E-mail/PDF: gecsedi@recoverycorp.com Jan 29 2018 19:25:56     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
5000887        +E-mail/Text: kcm@yatb.com Jan 29 2018 19:27:10     York Adams Tax Bureau,   PO Box 15627,
                 York, PA 17405-0156
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5000881           Maryland Nat'l Capit
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Mario John Hanyon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pamb@fedphe.com
              Stephen Wade Parker    on behalf of Debtor 1 Richard C. Long, Jr. Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 2 Christine V. Long Mooneybkecf@gmail.com,
               wade@swparkerlaw.com;r61895@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard C. Long Jr.
Christine V. Long

Debtor(s)

Chapter 13

Case No. 1:17−bk−05073−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**March 7, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 14, 2018 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 29, 2018 |