IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Richard C. Long : | CASE NO.: 1:17-05073 |
|     Christine V. Long : | |
|         Debtors : | CHAPTER 13 |
|         : | |
| Richard C. Long : | |
| Christine V. Long : | |
|         Movants : | |
|         : | |
|         v. : | |
| Maryland-Nation Capital Park : | |
| & Planning Commission : | |
|         Respondent : | |

## AMENDED NOTICE

The Debtors/Movants, Richard C. Long and Christine V. Long, filed a Motion for Order to Pay Trustee, on May 9, 2019. If you object to the relief requested, you must file your objection/response on or before May 30, 2019 with the Clerk of the Bankruptcy Court at the Ronald Reagan Federal Building, 228 Walnut Street, Room 320, Harrisburg, PA 17101 and serve a copy on Debtors'/Movant's counsel, Stephen Wade Parker, at 2 S. Hanover Street, Carlisle PA 17013.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Dated: May 10, 2019

**/s/Stephen Wade Parker**
Stephen Wade Parker (315606)
MOONEY LAW
2 S. Hanover Street
Carlisle, PA 17013
swp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax