```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-05073-HWV
Richard C. Long, Jr.                                                Chapter 13
Christine V. Long
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1           User: KarenDavi          Page 1 of 1          Date Rcvd: Dec 13, 2019
                               Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
5016978        +JPMorgan Chase Bank National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Allen Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al.
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pamb@fedphe.com
              Stephen Wade Parker    on behalf of Debtor 2 Christine V. Long Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Stephen Wade Parker    on behalf of Debtor 1 Richard C. Long, Jr. Mooneybkecf@gmail.com,
               R61895@notify.bestcase.com
              Thomas  Song    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                               TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-05073-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard C. Long, Jr.
26 Little Avenue
New Oxford PA 17350

Christine V. Long
26 Little Avenue
New Oxford PA 17350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/12/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: JPMorgan Chase Bank National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203

Name and Address of Transferee:

CARRINGTON MORTGAGE SERVICES, LLC
1600 S DOUGLASS RD
ANAHEIM, CA 92806-5948
CARRINGTON MORTGAGE SERVICES, LLC
1600 S DOUGLASS RD
ANAHEIM, CA 92806-5948

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/15/19

Terrence S. Miller
**CLERK OF THE COURT**