# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RICHARD C. LONG, JR.
             CHRISTINE V. LONG

             CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CASE NO:    1-17-05073-HWV

RICHARD C. LONG, JR.
CHRISTINE V. LONG

        Respondent(s)

## **CERTIFICATION OF DEFAULT**

      AND NOW on December 30, 2019, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of December 30, 2019, the Debtor(s) is/are $4777.44 in arrears with a plan payment having last been made on Dec 16, 2019

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                         Respectfully Submitted,
                                                         /s/ Liz Joyce
                                                         for Charles J. DeHart, III, Trustee
                                                         8125 Adams Drive, Suite A
                                                         Hummelstown, PA 17036
                                                         Phone: (717) 566-6097

Dated: December 30, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     RICHARD C. LONG, JR.
             CHRISTINE V. LONG            CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
             Movant

                                                                 CASE NO:    1-17-05073-HWV

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on December 30, 2019, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER, PA 17331- | SERVED ELECTRONICALLY |
| RICHARD C. LONG, JR.<br>CHRISTINE V. LONG<br>26 LITTLE AVENUE<br>NEW OXFORD, PA 17350 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2019                    Respectfully submitted,
                                                 Liz Joyce
                                                 for Charles J. DeHart, III, Trustee
                                                 Suite A, 8125 Adams Dr.
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 eMail: dehartstaff@pamd13trustee.com