```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-05073-HWV
Richard C. Long, Jr.                                                Chapter 13
Christine V. Long
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1         User: DeborahGe            Page 1 of 2           Date Rcvd: Jan 03, 2020
                             Form ID: pdf010            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2020.
db/jdb       +Richard C. Long, Jr.,   Christine V. Long,    26 Little Avenue,    New Oxford, PA 17350-9460
cr           +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd.,
               Winterville, NC 28590-8872
5281680      +CARRINGTON MORTGAGE SERVICES, LLC,    1600 S DOUGLASS RD,    ANAHEIM, CA 92806-5951
5281681      +CARRINGTON MORTGAGE SERVICES, LLC,    1600 S DOUGLASS RD,    ANAHEIM, CA 92806-5948,
               CARRINGTON MORTGAGE SERVICES, LLC,    1600 S DOUGLASS RD,    ANAHEIM, CA 92806-5951
5000878      +Chase Mortgage,    3415 Vision Dr,    Columbus, OH 43219-6009
5000879      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
               St Louis, MO 63179-0040
5016978      +JPMorgan Chase Bank National Association,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
5000882       PA Department of Revenue,    PO Box 281210,    Harrisburg, PA 17128-1210
5000885     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor credit Corp,     Po Box 8026,    Cedar Rapids, IA 52408)
5005101      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
5019962       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
5000886      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5000880      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 19:08:30      Comenitycapital/ultamc,
               Po Box 182120,    Columbus, OH 43218-2120
5000908      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2020 19:20:38
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5113846       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2020 19:08:33
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
5022312       E-mail/Text: bnc-quantum@quantum3group.com Jan 03 2020 19:08:30
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
5000883      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 19:20:48      Synchrony Bank/Lowes,
               Po Box 965005,    Orlando, FL 32896-5005
5000884      +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 19:20:48      Synchrony Bank/Walmart,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
5000887      +E-mail/Text: kcm@yatb.com Jan 03 2020 19:08:23      York Adams Tax Bureau,    PO Box 15627,
               York, PA 17405-0156
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5000881        Maryland Nat'l Capit
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5113847*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-1           User: DeborahGe           Page 2 of 2           Date Rcvd: Jan 03, 2020
                               Form ID: pdf010          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          James Allen Prostko    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et.al.
           pamb@fedphe.com
          Stephen Wade Parker    on behalf of Debtor 1 Richard C. Long, Jr. Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Stephen Wade Parker    on behalf of Debtor 2 Christine V. Long Mooneybkecf@gmail.com,
           R61895@notify.bestcase.com
          Thomas  Song    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| RICHARD C. LONG, JR. | | |
|---|---|---|
| | | Chapter: 13 |
| | Debtor 1 | Case No.: 1-17-bk-05073-HWV |
| CHRISTINE V. LONG | | |
| | Debtor 2 | |
| CHARLES J. DEHART, III CHAPTER 13 TRUSTEE | | |
| vs. | Movant(s) | |
| RICHARD C. LONG, JR. CHRISTINE V. LONG | | |
| | Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: January 3, 2020

By the Court,

_Henry W. Van Eck_ (LS)
Henry W. Van Eck, Chief Bankruptcy Judge

Order Dismissing Case with Parties - Revised 9/17